UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL EANNAZZO, et al., <br><br>        Plaintiffs, <br><br>     -against- <br><br> THE VILLAGE OF ELMSFORD, NEW YORK, et al., <br><br>        Defendants. | 25-CV-9585 (JGLC) <br><br> **<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

Defendants have moved to dismiss the claims against Bleakley Platt & Schmidt, LLP, Michael Starvaggi, and Lino Sciaretta (the "Attorney Defendants"). ECF No. 11. They have not, however, answered the claims against the remaining Defendants. "Federal Rule of Civil Procedure 12(a)(4) provides that service of a Rule 12 motion suspends the movant's time to file a responsive pleading until fourteen days after the court issues a decision on the motion." *In re Am. Express Anti-Steering Rules Antitrust Litig.*, 343 F. Supp. 3d 94, 98 (E.D.N.Y. 2018). Although Rule 12(a)(4) "does not explicitly contemplate the filing of a partial motion to dismiss," *id.*, and few courts in this Circuit have addressed "whether the filing of a partial motion to dismiss automatically delays a defendant's requirement to answer a complaint's remaining claims," *Alvarez v. Bause*, No. 22-CV-186 (LEK) (ATB), 2023 WL 1765415, at *8 (N.D.N.Y. Feb. 3, 2023), the Court finds that Defendants need not answer the remaining claims until 14 days after the Court rules on their partial motion to dismiss.

Dated: January 14, 2026
    New York, New York

             SO ORDERED.

             *Jessica Clarke*

             JESSICA G. L. CLARKE
             United States District Judge