UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE EANNAZZO and MICHAEL EANNAZZO,

Plaintiffs,

-against-

THE VILLAGE OF ELMSFORD, et al.,

Defendants.

25-CV-9585 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

No later than October 23, 2026, the parties are directed to submit a proposed Amended Case Management Plan and Scheduling Order, as found on the Court's website.

Dated: October 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge